JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON THOMAS CLARK, | ) | Case No. CV 14-2575 CJC(JC) |
| Petitioner, | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| U.S. PROBATION OFFICE, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus ("Petition") is denied and the Petition and this action are dismissed without prejudice.

DATED: October 31, 2014

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE